# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>    Plaintiff,<br><br>  v.<br><br>TITAN HOSPITALITY, INC.,<br><br>    Defendant. | Case No. 2:24-cv-00191-CB |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Christopher Niles hereby voluntarily dismisses with prejudice his claims against Titan Hospitality, Inc.

Dated: January 21, 2025

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson (PA 56657)
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*